

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Marcella Rodriguez

                **Plaintiff,**

V.

Scripps Health

                **Defendant.**

Civil Action No. 19-cv-02459-DMS-BLM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Complaint is DISMISSED without prejudice for failure to state a claim.

Date: 2/4/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Exler

M. Exler, Deputy